WILFRED SCHWAB, Appellant, *v.* GLOBE INDEMNITY COMPANY, Respondent.

Argued May 27, 1937; decided June 11, 1937.

*Louis J. Wolff* and *Harding Cowan* for appellant.

*F. A. W. Ireland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.